**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks       Date: October 7, 2011
Court Reporter: Janet Coppock                Time: 57 minutes
Probation Officer:  Jan Woll                 Interpreter: Melinda Gonzalez-Hibner

**CASE NO.  09-CR-00056-PAB-09**

Parties                                      Counsel

**UNITED STATES OF AMERICA,**                Kasandra Carleton

        Plaintiff,

vs.

**9.  ERICK MEDINA-CARDONA,**                Paula Ray

        Defendant.

**SENTENCING**

**9:02 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00056-PAB-09
October 7, 2011

Court addresses defendant's objections to the Presentence Investigation Report.

**Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #823), filed 9/20/11**

Argument by Ms. Carleton in support of Government's motion and comments in response to the Court's questions.

Argument by Ms. Ray and comments in response to the Court's questions.

Court states its findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #823), filed 9/20/11, is **GRANTED**, as stated on the record.

Ms. Ray addresses sentencing.

Ms. Carleton addresses sentencing and orally moves for a variant sentence.

Defendant addresses the Court.

**ORDERED:** Government's oral motion for variant sentence, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 22, 2011** to count **Thirteen of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **69** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **an institution in Colorado with appropriate security designation.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

Page Three
09-CR-00056-PAB-09
October 7, 2011

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If the defendant is not deported, defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) The **special assessment** obligation is due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

Page Four
09-CR-00056-PAB-09
October 7, 2011

**ORDERED:** Government's Motion to Dismiss Counts One and Twenty-Four (Doc #825), filed 9/20/11, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:59 a.m.**     **COURT IN RECESS**

**Total in court time:**     **57 minutes**

**Hearing concluded**